■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SALTER, Appellant. [769 NYS2d 777]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Doran, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY SMITH, Appellant. [769 NYS2d 776]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Maloy, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.

■ In the Matter of JACQUELINE LIPSCOMB, Respondent, v BOBBY G. LIPSCOMB, Appellant. [769 NYS2d 775]—Order unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted. (Appeal from order of Family Court, Erie County, Maxwell, J.—Support.) Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.

■ THE PEOPLE OF STATE OF NEW YORK ex rel. OSCAR PRESTON, JR., Appellant, v EDWARD R. DONNELLY, as Superintendent of Wende Correctional Facility, et al., Respondents. [769 NYS2d 778]—Judgment unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted. (Appeal from Judgment of Supreme Court, Erie County, NeMoyer, J.—Habeas Corpus.) Present—Pigott, Jr., P.J., Green, Pine, Hurlbutt and Kehoe, JJ.